## ATTACHMENT A
### Statement of Facts

*The United States and Defendant stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

At all times relevant to this case, defendant **JUSTIN ALONZA JEFFERSON** ("**JEFFERSON**") was a resident of Temple Hills, Maryland.

In December 2012, **JEFFERSON** uploaded files to his MediaFire cloud account. Several of those files depicted real children engaged in sexually explicit conduct.

On April 5, 2013, a search warrant was executed at **JEFFERSON**'s residence in Temple Hills, Maryland. Pursuant to the search warrant, members of law enforcement seized, among other items, an Apple MacBook Pro laptop computer and a Toshiba external hard drive belonging to **JEFFERSON**, which were located in his bedroom. A review of the Apple MacBook Pro laptop and Toshiba external hard drive found approximately 8,000 image files and 800 movie files constituting child pornography. Some of these image files and videos portrayed sadistic and masochistic conduct and other depictions of violence.

Also on April 5, 2013, **JEFFERSON** waived his *Miranda* rights and agreed to be interviewed by members of law enforcement. **JEFFERSON** admitted that his first contact with child pornography occurred when he was approximately 12-years-old, and that, since that time, he has viewed, collected and masturbated to images and videos of child pornography. **JEFFERSON** further admitted that there was child pornography stored on his external hard drive and laptop computer, located in his bedroom. **JEFFERSON** also admitted to trading child pornography via the Internet using various mediums, including, but not limited to, MediaFire and his email account "parkour3232@yahoo.com."

On or about February 24, 2014, a search warrant was executed on **JEFFERSON**'s email account parkour3232@yahoo.com. Pursuant to the search warrant, members of law enforcement seized numerous emails from and to **JEFFERSON** attaching image files constituting child pornography. For example, on December 17, 2012, **JEFFERSON** sent an email from parkour3232@yahoo.com to another individual attaching approximately fifty files, including among others, the following images:

- 8121458Rkp.jpg – Depicts a prepubescent minor male sitting on a couch partially nude while a fully nude prepubescent minor male performs oral sex upon the minor sitting on the couch.

- 137491869.jpg – Depicts a nude prepubescent minor male sitting in the passenger seat of a vehicle next to a nude minor male. Both minors are masturbating.

JJ

- Aaaa Boylove Gay Pedo Preteen Boy Sex Child Porn 117.jpg – Depicts a nude prepubescent minor male lying on a bed. The minor's genitals are the focus or the photograph.

The images and videos depict real children engaged in sexually explicit conduct. The images and videos distributed and possessed by **JEFFERSON** were transported through the Internet and therefore traveled in interstate and foreign commerce.

I have read this statement of facts, and have carefully reviewed it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it. I acknowledge that it is true and correct.

3/12/15
Date

Justin Alonza Jefferson

I am Justin Alonza Jefferson's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

3/12/15
Date

Richard A. Finci, Esq.

JJ